USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
LEONARD, :
:
                Appellant, :
: 20-cv-1518 (LJL)
    -v- :
: ORDER
WELLS FARGO BANK CORP., :
:
                Defendant. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

Debtor-Appellant Laverne Leonard is permitted, on a temporary basis and pending further order of the Court, to file documents in this case by emailing the documents to chambers. Appellee counsel must be copied on any such email (email address: bmaxon@woodsoviatt.com).

Any document filed in this manner will be promptly docketed on ECF, and the Court will not review the document until it is docketed. Further, the Court will not review or consider the content of any emails; the Court will only consider any attachments intended for public filing.

A copy of this order will be emailed to both parties.

        SO ORDERED.

Dated: March 26, 2020
       New York, New York

SO ORDERED.

_____
LEWIS J. LIMAN
United States District Judge