```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                      :
LAVERNE LEONARD,                                      :
                                                      :
                       Appellant,                     :
                                                      :        20-cv-1518 (LJL)
        -v-                                           :        20-cv-1558 (LJL)
                                                      :        20-cv-6811 (LJL)
HSBC Bank USA, NA, et al.                             :        20-cv-6806 (LJL)
                                                      :
                       Appellees.                     :            ORDER
                                                      :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2020

LEWIS J. LIMAN, United States District Judge:

The Court held a conference today in the above referenced cases to discuss case management as well as pending motions to consolidate and for a stay of each of the actions.

It is ORDERED that Appellee, HSBC Bank USA, NA, is directed to submit and serve on Appellant, within one week from the date of this Order, a proposed order consolidating Nos. 20-cv-1518, 20-cv-1558, 20-cv-6881, and 20-cv-6806. Appellant shall have until November 5, 2020, for any objections to the form of the order.

As further stated at conference, the motions to stay pending at No. 20-cv-1518, Dkt. Nos. 13-14; 20-cv-1558, Dkt. Nos. 19-20; No. 20-cv-6811, Dkt. Nos. 10-11; and No. 20-cv-6806, Dkt. Nos 12-13 remain *sub judice*.

The current deadline for the Appellee's Brief in 20-cv-6806 is October 29, 2020. In light of the consolidation of these actions, and for the reasons stated at conference, that deadline is extended to November 20, 2020. Appellant shall file a reply brief, if any, by November 30, 2020.

The Court will promptly arrange with the Clerk of Court to file Appellant's initial brief in 20-cv-1558, which is in the possession of the Court.  Appellee in that case will file a response 30 days from the date such brief is filed, with any reply by Appellant due 16 days after the filing of the Appellee's responsive brief.  Appellant indicated that as a convenience to the Court, the exhibits to Nos. 20-cv-1518 and 20-cv-1558, which are voluminous, need not be docketed, but that Appellant will send such exhibits to the Court via email, at limanNYSDchambers@nysd.uscourts.gov for the Court's consideration.

SO ORDERED.

Dated: October 22, 2020
      New York, New York

_____
LEWIS J. LIMAN
United States District Judge