UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

LAVERNE LEONARD,

                      Appellant,                      20-cv-1518 (LJL)
                                                            20-cv-1558 (LJL)
          -v-                           20-cv-6811 (LJL)
                                                            20-cv-6806 (LJL)

                                                            ORDER

HSBC Bank, USA, NA, et al.

                      Appellees.

------------------------------------------------------------------------ X

LEWIS J. LIMAN, United States District Judge:

       WHEREAS, on August 5, 2020, Wells Fargo Bank, N.A. as servicing agent for HSBC Bank USA, National Association as Trustee for Nomura Asset AcceptanceCorporation, Mortgage Pass-Through Certificates, Series 2007-1 ("Appellee") filed a motion pursuant to Bankruptcy Rule 8003 (b)(2) and Fed. R. Civ. P. 42(a) to consolidate the appeals under Nos. 20 cv-1518 and 20-cv-1558;

       WHEREAS, on October 22, 2020 a hearing was held at which Appellee orally amended the motion to include appeals under Nos. 20 cv-1518, 20-cv-1558, 20-cv-6811, and 20-cv-6806;

       IT IS HEREBY ORDERED, that the appeals under Nos. 20 cv-1518, 20-cv-1558, 20-cv-6811, and 20-cv-6806 are consolidated under case number 20-cv-1518.

SO ORDERED

Dated:   11/9/2020
          New York, New York                                               LEWIS J. LIMAN
                                                                          United States District Judge

100417-9