USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
LAVERNE LEONARD,                                                   :
:
                        Appellant,                                 :
                                                                   :         20-cv-1518 (LJL)
            -v-                                                    :         20-cv-1558 (LJL)
                                                                   :         20-cv-6811 (LJL)
HSBC Bank USA, NA, et al.                                          :         20-cv-6806 (LJL)
                                                                   :
                        Appellees.                                 :         ORDER
                                                                   :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Court yesterday received a large number of emails from Appellant Laverne Leonard that appear to contain responsive briefing in these actions. This order is to inform Appellant and all parties that although the Court previously received certain briefing and exhibits by email and docketed such briefing and exhibits in 20-cv-1558, going forward, and inclusive of the emails received by the Court yesterday, the Court will NOT receive, consider, or file briefing on the public docket that is emailed directly to chambers.

    All filings by Appellant must be either filed on the public docket by Appellant using the ECF system or sent by mail to the Pro Se Intake Unit for filing at the following address:

> Pro Se Intake Unit
> 40 Foley Square
> Room 105
> New York NY
> 10007

    Appellant is ORDERED to file her briefing by one of the methods described above.

    SO ORDERED.

Dated: December 1, 2020
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge