```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/1/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
LAVERNE LEONARD,                                                  :
                                                                  :
                    Appellant,                                    :
                                                                  :         20-cv-1518 (LJL)
         -v-                                                      :         20-cv-1558 (LJL)
                                                                  :         20-cv-6811 (LJL)
HSBC Bank USA, NA, et al.                                         :         20-cv-6806 (LJL)
                                                                  :
                    Appellees.                                    :         ORDER
                                                                  :
------------------------------------------------------------------X


LEWIS J. LIMAN, United States District Judge:

    IT IS ORDERED by Friday, February 5, 2021 at 5:00 p.m., defendants shall either (1) file on the docket of Case No. 20-cv-1518, or (2) indicate the location on the dockets of the above consolidated cases, the following documents:

1. The January 30, 2020 transcript referred to in the orders attached as Exs. E and F to No. 20-cv-1558, Dkt. No. 29, which orders are the subject of Plaintiff's appeals in Case Nos. 20-cv-1518 and 20-cv-1558, respectively.

2. The attachments to the Proof of Claim that is attached to the Supplemental Record on Appeal filed in Case No. 20-cv-6806, Dkt. No. 21-1 at 11-13.

    SO ORDERED.

Dated: February 1, 2021                    _____
       New York, New York                       LEWIS J. LIMAN
                                                           United States District Judge