```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/9/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
LAVERNE LEONARD,                                                  :
                                                                  :
                          Appellant,                              :
                                                                  :      20-cv-1518 (LJL)
            -v-                                                   :      20-cv-1558 (LJL)
                                                                  :      20-cv-6811 (LJL)
HSBC Bank USA, NA, et al.                                         :      20-cv-6806 (LJL)
                                                                  :
                          Appellees.                              :      ORDER
                                                                  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

   Appellant has filed the following objections:

1. By letter in No. 20-cv-1518, Dkt. No. 26, Appellant objects that she was not served with Appellee's filing at Dkt. No. 25.

2. By letter in No. No. 20-cv-6806, Dkt. No. 26, Appellant objects that she was not served with Appellee's filing at Dkt. No. 25.

   The filing in No. 20-cv-6806, Dkt. No. 25, attaches as Appendix 1 an affidavit of service affirming that a copy of that filing was sent to Appellant's mailing address at:

   Laverne Leonard
   130 West 131st Street, Apt. # 1
   New York, NY
   10027

   *See* No. 20-cv-6806, Dkt. No. 25-1. Accordingly, no further relief need be granted.

   No affidavit of service has been filed with respect to No. 20-cv-1518, Dkt. No. 25. Appellees are ORDERED to file proof of service as to that filing on ECF by no later than Friday, February 11, 2021.

   The Clerk of Court is respectfully directed to mail a copy of this order to Appellant.

   SO ORDERED.

Dated: February 9, 2021                      _____
       New York, New York                           LEWIS J. LIMAN
                                                 United States District Judge